**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CHRISTOPHER A. LEIPHART,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-3841-TKW-ZCB**

**PAM CHILDERS,**

**Defendant.**
_________________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 20). No objections were filed.

Upon due consideration of the Report and Recommendation, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of standing and failure to state a plausible claim for relief. Accordingly, it is

ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. Defendant's motion to dismiss (Doc. 17) is GRANTED, and this case is DISMISSED for lack of standing and failure to state a claim upon which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 13th day of October, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**